Opinion issued June  17,
2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-01021-CV

———————————

HARRY L.
BOWLES, Appellant

V.

CHARLES N. SCHWARZ, Appellee



 



 

On Appeal from the 151st Judicial District Court 

Harris County, Texas



Trial Court Case No. 9622972

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  More than 10 days have
elapsed since its filing and appellee has not filed an objection to the
motion.  No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P.
42.1(a)(1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.